Timothy E. Miller, OSB No. 820910
Stuart W. Smith, OSB No. 044209
Miller & Associates
5005 SW Meadows Rd., Suite 405
Lake Oswego, OR 97035
Telephone: (503) 598-1966
Facsimile: (503) 598-9593

Attorneys for Defendant
Frontier Airlines, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RILEY POOR,<br><br>              Plaintiff,<br><br>   v.<br><br>FRONTIER AIRLINES, INC.<br><br>              Defendant. | Case No. _____<br><br>DECLARATION OF TIMOTHY E. MILLER IN SUPPORT OF NOTICE OF REMOVAL |

I, Timothy E. Miller, declare as follows:

    1.    I am attorney of record for defendant Frontier Airlines, Inc. ("Frontier"). I make this declaration based upon first-hand knowledge.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of a printout from the Oregon Secretary of State's Business Registry Business Names Search database, showing that defendant Frontier is an Indiana corporation with its principal place of business in Indianapolis, Indiana.

Page **1** of **2** – DECLARATION OF TIMOTHY E. MILLER IN SUPPORT OF NOTICE OF REMOVAL

3.     The Summons and the Complaint in *Riley Poor v. Frontier Airlines, Inc.*, Case No. 1211-14843, filed in Multnomah County Circuit Court of the State of Oregon, were served on and received by Corporation Service Company, the registered agent for service of process for Frontier, on December 19, 2012.

4.     Attached hereto as **Exhibit B** are true and correct copies of all process, pleadings, and orders served on Frontier in the state court action to date (the original Summons and Complaint).

**I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED this 18th day of January 2013.

MILLER & ASSOCIATES


By /s Timothy E. Miller
Trial Attorney: Timothy E. Miller, OSB #820910
timmiller@millerandassociatesavn.com
Stuart W. Smith, OSB #044209
stuartsmith@millerandassociatesavn.com
Attorneys for Defendant Frontier Airlines, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2013 the foregoing DECLARATION OF TIMOTHY E. MILLER IN SUPPORT OF NOTICE OF REMOVAL was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                            MILLER & ASSOCIATES

                            By s/ Stuart W. Smith
                            Stuart W. Smith, OSB No. 044209
                            Of Attorneys for Defendant