**OREGON SECRETARY OF STATE**
► **Corporation Division**

HOME | business information center | business name search | oregon business guide | referral list | business registry/renewal | forms/fees | notary public | uniform commercial code | uniform commercial code search | documents & data services

## Business Name Search

New Search   Printer Friendly   **Business Entity Data**   01-14-2013 13:46

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 690869-82 | FBC | ACT | COLORADO | 05-13-1999 | 05-13-2013 | |
| Entity Name | FRONTIER AIRLINES, INC. | | | | | |
| Foreign Name | | | | | | |

New Search   Printer Friendly   **Associated Names**

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 8909 PURDUE RD STE 300 | | | |
| Addr 2 | | | | |
| CSZ | INDIANAPOLIS | IN | 46268 | Country UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | | Start Date | 05-13-1999 | Resign Date | |
|---|---|---|---|---|---|---|---|
| Of Record | 158720-88 | CORPORATION SERVICE COMPANY | | | | | |
| Addr 1 | 285 LIBERTY ST NE | | | | | | |
| Addr 2 | | | | | | | |
| CSZ | SALEM | OR | 97301 | | | Country UNITED STATES OF AMERICA | |

| Type | MAL | MAILING ADDRESS | | |
|---|---|---|---|---|
| Addr 1 | 8909 PURDUE RD STE 300 | | | |
| Addr 2 | | | | |
| CSZ | INDIANAPOLIS | IN | 46268 | Country UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | BRYAN | | BEDFORD | | | |
| Addr 1 | 8909 PURDUE RD STE 300 | | | | | |
| Addr 2 | | | | | | |

**EXHIBIT A**

| CSZ | INDIANAPOLIS | IN | 46268 | | Country | UNITED STATES OF AMERICA |
|---|---|---|---|---|---|---|

| Type | SEC | SECRETARY | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | JOSEPH | | ALLMAN | | | |
| Addr 1 | 8909 PURDUE RD STE 300 | | | | | |
| Addr 2 | | | | | | |
| CSZ | INDIANAPOLIS | IN | 46268 | | Country | UNITED STATES OF AMERICA |

New Search    Printer Friendly

## Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| FRONTIER AIRLINES, INC. | EN | CUR | 05-13-1999 | |

Please read before ordering Copies.

New Search    Printer Friendly

## Summary History

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 📄 | AMENDED ANNUAL REPORT | 05-16-2012 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 04-18-2011 | | FI | | |
| 📄 | AMNDMT TO ANNUAL RPT/INFO STATEMENT | 05-20-2010 | | FI | | |
| | ANNUAL REPORT PAYMENT | 05-18-2010 | | SYS | | |
| | NOTICE LATE ANNUAL | 05-14-2010 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 05-27-2009 | 05-26-2009 | SYS | | |
| | NOTICE LATE ANNUAL | 05-15-2009 | | SYS | | |
| | AMNDMT TO ANNUAL RPT/INFO STATEMENT | 05-01-2008 | | FI | | |
| | ANNUAL REPORT PAYMENT | 04-28-2008 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 04-26-2007 | 04-25-2007 | SYS | | |
| | ANNUAL REPORT PAYMENT | 05-09-2006 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 05-03-2005 | | SYS | | |

| | ANNUAL REPORT PAYMENT | 05-17-2004 | | SYS | | |
|---|---|---|---|---|---|---|
| | NOTICE LATE ANNUAL | 05-14-2004 | | SYS | | |
| | REINSTATEMENT AMENDED | 09-19-2003 | | FI | | |
| | ADMINISTRATIVE REVOKE AUTHORITY | 07-12-2002 | | SYS | | |
| | NOTICE LATE ANNUAL | 05-17-2002 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 05-15-2001 | | SYS | | |
| | STRAIGHT RENEWAL | 05-23-2000 | | FI | | |
| | NOTICE | 05-22-2000 | | SYS | | |
| | NEW FILING | 05-13-1999 | | FI | | |

About Us | Announcements | Laws & Rules | Feedback Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site, please contact : corporation.division@state.or.us



© 2013 Oregon Secretary of State. All Rights Reserved.