Timothy E. Miller, OSB No. 820910
Stuart W. Smith, OSB No. 044209
Miller & Associates
5005 SW Meadows Rd., Suite 405
Lake Oswego, OR 97035
Telephone: (503) 598-1966
Facsimile: (503) 598-9593

Attorneys for Defendant
Frontier Airlines, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RILEY POOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRONTIER AIRLINES, INC.<br><br>　　　　　Defendant. | Case No. 3:13-cv-00107-SI<br><br>EXHIBITS IN SUPPORT OF NOTICE OF REMOVAL |

　　　　Exhibit 1, submitted herewith, is a true copy of the summons filed in the Circuit Court of

the State of Oregon, County of Multnomah, Case No. 1211-14843.

/ / /

/ / /

/ / /

/ / /

/ / /

Page **1** of **2** – EXHIBITS IN SUPPORT OF NOTICE OF REMOVAL

Exhibit 2, submitted herewith, is a true copy of the complaint filed in the Circuit Court of the State of Oregon, County of Multnomah, Case No. 1211-14843.

DATED this 18th day of January 2013.

                MILLER & ASSOCIATES

                By /s Stuart W. Smith
                Stuart W. Smith, OSB #044209
                stuartsmith@millerandassociatesavn.com
                Trial Attorney: Timothy E. Miller, OSB #820910
                timmiller@millerandassociatesavn.com
                Attorneys for Defendant Frontier Airlines, Inc.