Certified true copy

*Attorney at Law*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

IN AND FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| RILEY POOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRONTIER AIR LINES, Inc.,<br><br>    Defendant. | No. 1211-14843<br><br>**COMPLAINT**<br><br>(Personal Injuries – Negligence and Premises Liability – praying for $325,000.00 in non-economic and $7500.00 in economic damages) |

Plaintiff alleges:

### FIRST CLAIM FOR RELIEF

### [NEGLIGENCE]

1.

At all times material to this complaint, defendant Frontier Air Lines, Inc. was an active Colorado corporation authorized to do business in Oregon and doing business in Multnomah County operating a commercial airline service from Denver to Portland International Airport. At all times material to this complaint defendant Frontier Air Lines, Inc. did business in the City of Portland, Multnomah County.

2.

On or about November 27, 2010, plaintiff took defendant's flight 797 from Denver to Portland. Plaintiff Poor is a wheelchair bound tetraplegic with limited use of his arms. When the plane arrived in Portland he

PAGE 1 - COMPLAINT
11/21/2012

James F. Halley, P.C.
Attorney At Law
The Strowbridge Building • 735 S.W. First Avenue
Portland, OR 97204
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

Exhibit 2 - Page 1 of 4

waited for defendant's employees to move him from his seat to an aisle chair, and then to his waiting wheelchair. Two Frontier Air Lines, Inc. employees, acting in the course and scope of their employment, came to move plaintiff Poor but they lifted his torso without properly lifting his legs, wrenching his shoulders and causing plaintiff to suffer the injuries and damages described below.

3.

The defendant acted unreasonably and/or negligently in one or more of the following particulars:

    (a) In failing to execute a proper lift and transfer, placing undue force on plaintiff's shoulders and upper body without properly lifting his legs, when the defendant knew or should have known that tetraplegic passengers such as plaintiff needed specialized assistance getting off of defendant's plane; and

    (b) In failing to adequately train the personnel it employed to lift plaintiff, when the defendant knew or should have known of the risk of harm posed to tetraplegic passengers such as plaintiff during the seat transfer lift.

4.

As a result of the negligent acts and omissions of the defendant plaintiff Riley Poor suffered chronic bilateral shoulder strains. Plaintiff has suffered pain, frustration, disruption of his work schedule and his normal activities, and his injuries are permanent and progressive, threatening his ability to continue using a manual wheelchair with power assisted wheels, all to his non-economic damages, in the sum of $325,000.00.

5.

In an effort to treat his injuries, plaintiff Riley Poor incurred physician, hospital, physical therapy, and related bills in the approximate sum to date of $7500.00, the exact amount to be proven at trial.

PAGE 2 - COMPLAINT
11/21/2012

James F. Halley, P.C.
Attorney At Law
The Strowbridge Building• 735 S.W. First Avenu
Portland, OR 97204
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

Exhibit 2 - Page 2 of 4

## SECOND CLAIM FOR RELIEF

## [PREMISES LIABILITY]

6.

Plaintiff refers to paragraphs 1 through 5 above, inclusive, and by this reference incorporates them herein as though set forth in full.

7.

Defendant Frontier Air Lines, Inc. was the occupier and owner of the plane on which plaintiff flew, and defendant Frontier Air Lines, Inc. invited business customers such as plaintiff Riley Poor onto the plane for business purposes.

8.

Responding to that invitation, plaintiff Riley Poor flew on defendant's plane on or about November 27, 2010, and as a customer was a business invitee.

9.

Defendant Frontier Air Lines, Inc. acted unreasonably and/or negligently in one or more of the following particulars:

    (a) In failing to execute a proper lift and transfer, placing undue force on plaintiff's shoulders and upper body without properly lifting his legs, when the defendant knew or should have known that tetraplegic passengers such as plaintiff needed specialized assistance getting off of defendant's plane; and

    (b) In failing to adequately train the personnel it employed to lift plaintiff, when the defendant knew or should have known of the risk of harm posed to tetraplegic passengers such as plaintiff during the seat transfer lift.

10.

As a result of the negligent and or unreasonable acts of defendant Frontier Airlines, Inc. plaintiff Riley Poor suffered the injuries and damages set forth in paragraphs 4 and 5 above.

3 - COMPLAINT
11/21/2012

James F. Halley, P.C.
Attorney At Law
The Strowbridge Building • 735 S.W. First Avenu
Portland, OR 97204
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

Exhibit 2 - Page 3 of 4

WHEREFORE, plaintiff prays for judgment against defendant Frontier Air Lines, Inc. on both claims for relief:

1. For $325,000.00 in non-economic damages, and $7500.00 in economic damages;

2. For costs and disbursements incurred herein; and

3. For such other relief as the court deems appropriate in the circumstances.

DATE: Nov. 28, 2012

JAMES F. HALLEY, P.C.

*[signature]*
James F. Halley, OSB #91-175
Trial Attorney for Plaintiff Riley Poor

PAGE 4 - COMPLAINT
11/21/2012

James F. Halley, P.C.
Attorney At Law
The Strowbridge Building • 735 S.W. First Avenue
Portland, OR 97204
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

Exhibit 2 - Page 4 of 4