Timothy E. Miller, OSB No. 820910
Stuart W. Smith, OSB No. 044209
Miller & Associates
5005 SW Meadows Rd., Suite 405
Lake Oswego, OR 97035
Telephone: (503) 598-1966
Facsimile: (503) 598-9593

Attorneys for Defendant
Frontier Airlines, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RILEY POOR,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**FRONTIER AIRLINES, INC**.<br><br>　　　　　　　Defendant. | Case No. 3:13-cv-00107-SI<br><br>FRONTIER AIRLINES, INC'S<br>CORPORATE DISCOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1(a), notice is hereby given by counsel of record for FRONTIER AIRLINES, INC. that the following corporate interests are disclosed:

1. The parent company of Frontier Airlines, Inc. is Republic Airways Holdings, Inc.

2. Any publicly held company that owns ten percent (10%) or more of the corporation's stock: Republic Airways Holdings, Inc.

3.  Republic Airways Holdings, Inc. has no parent company.

4.  No publicly held company owns more than ten percent (10%) of Republic Airways

    Holdings, Inc.

DATED this 25th day of January 2013.

           MILLER & ASSOCIATES


           By /s Stuart W. Smith
           Stuart W. Smith, OSB #044209
           stuartsmith@millerandassociatesavn.com
           Trial Attorney: Timothy E. Miller, OSB #820910
           timmiller@millerandassociatesavn.com
           Attorneys for Defendant Frontier Airlines, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25ᵗʰ day of January, 2013 the foregoing FRONTIER AIRLINES, INC'S

CORPORATE DISCLOSURE STATEMENT was filed electronically.   Notice of this filing will be sent by e-mail to

all parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's

CM/ECF system.

MILLER & ASSOCIATES


By s/ Stuart W. Smith
Stuart W. Smith, OSB No. 044209
Of Attorney for Defendant