UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

RILEY POOR, 

Plaintiff(s),

v.

FRONTIER AIRLINES, INC.

Defendant(s).

Civil Case No. 3:13-cv-00107-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **BRIAN T. MAYE** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Maye, Brian T.
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Alder Murphy & McQuillen LLP
Mailing Address: 20 South Clark Street, Suite 2500
City: Chicago   State: IL   Zip: 60603
Phone Number: (312) 345-0700   Fax Number: (312) 345-9860
Business E-mail Address: bmaye@amm-law.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Illinois 06/06/2006 #6288778
North Carolina 08/23/1997 #24399
District of Columbia 04/13/2000 #467288

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Eastern District of Michigan 04/09/2008
Northern District of Illinois 04/09/2008
Eastern District of Wisconsin 12/06/2011

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 5,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Frontier Air Lines, Inc.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 6th day of February, 2013

*(Signature of Pro Hac Counsel)*

Brian T. Maye
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 8th day of February, 2013

*(Signature of Local Counsel)* Stuart W. Smith for TE
OSB # 044209

Name: Miller                Timothy              E.
       *(Last Name)*         *(First Name)*       *(MI)*    *(Suffix)*

Oregon State Bar Number: 820910

Firm or Business Affiliation: Miller & Associates

Mailing Address: 5005 SW Meadows Road, Suite 405

City: Lake Oswego          State: OR          Zip: 97035

Phone Number: (503) 598-1966    Business E-mail Address: timmiller@millerandassociatesavn.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge