James F. Halley, OSB 91175
JAMES F. HALLEY, P.C.
The Strowbridge Building
735 SW First Ave., 2nd Floor
Portland, OR 97204
503/295-0301; 503/228-6551 (fax)
jimhalley@halleylaw.com

Attorney for Plaintiff Riley Poor

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RILEY POOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRONTIER AIR LINES, Inc. ,<br><br>    Defendant. | No. 3:13-cv-00107-SI<br><br>JOINT SUBMISSION OF PROPOSED PRETRIAL AND DISCOVERY DEADLINES |

    Plaintiff Riley Poor and defendant Frontier Airlines, Inc., submit the following proposed schedule for the pretrial and discovery deadlines in this case:

///

///

///

///

///

///

///

///

PAGE 1 – JOINT SUBMISSION OF PROPOSED DISCOVERY AND PRETRIAL DATES

y:\documents and settings\owner\my documents\poor\joint submission of proposed discovery and pretrial dates.docx  02/13/2013

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

| EVENT | PROPOSAL |
|---|---|
| Rule 26 disclosure | Feb 15, 2013 |
| File all pleadings pursuant to FRCP 7(a) and 15 | After written discovery closed |
| Join all claims, remedies and parties pursuant to FRCP 18 and 19 | After written discovery closed |
| Complete all fact discovery | June 28, 2013 |
| Plaintiff's Disclosure of expert witnesses and reports | July 26, 2013 |
| Defendants' Disclosure of expert witnesses and reports | August 30, 2013 |
| Plaintiff's Disclosure of Rebuttal expert witnesses and reports due | September 27, 2013 |
| Complete all expert discovery and depositions | November 27, 2013 |
| Last day to file dispositive motions | Jan 10, 2014 |
| ADR Report | Jan 10, 2014 |
| File joint pretrial order and file pretrial motions | Late February or early March, 2014 |
| Pretrial conference | Both parties seek court input |
| Proposed trial | March, 2014 |

Respectfully submitted    February 11, 2013

JAMES F. HALLEY, P.C.
/s/ James F. Halley
James F. Halley, OSB #91-175
jimhalley@halleylaw.com
Trial Attorney for Plaintiff Riley Poor

MILLER & ASSOCIATES
By /s Stuart W. Smith
Stuart W. Smith, OSB #044209
stuartsmith@millerandassociatesavn.com
Trial Attorney: Timothy E. Miller, OSB #820910
timmiller@millerandassociatesavn.com
Attorneys for Defendant Frontier Airlines, Inc.

PAGE 2 – JOINT SUBMISSION OF PROPOSED DISCOVERY AND PRETRIAL DATES
y:\documents and settings\owner\my documents\poor\joint submission of proposed discovery and pretrial dates.docx  02/13/2013

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com