Timothy E. Miller, OSB No. 820910
timmiller@millerandassociatesavn.com
Stuart W. Smith, OSB No. 044209
stuartsmith@millerandassociatesavn.com
Miller & Associates
5005 SW Meadows Rd., Suite 405
Lake Oswego, OR 97035
Telephone: (503) 598-1966
Facsimile: (503) 598-9593

Attorneys for Defendant
FRONTIER AIRLINES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| RILEY POOR, | Case No.  3:13-cv-00107-SI |
|---|---|
| Plaintiff, | |
| v. | FED. R. CIV. P. 26(a)(1) DISCOVERY AGREEMENT |
| FRONTIER AIRLINES, INC., | |
| Defendants. | |

In accordance with LR 26-2, I state that the parties have agreed to forego the disclosures

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 3        FED. R. CIV. P. 26(a)(1) DISCOVERY AGREEMENT

required by Fed R. Civ. P. 26(a)(1).

    Respectfully submitted this 15th day of February, 2013.

        MILLER & ASSOCIATES

        By: s/ Stuart W. Smith
        Stuart W. Smith, OSB #044209
        stuartsmith@millerandassociatesavn.com
        Timothy E. Miller, OSB #820910
        timmiller@millerandassociatesavn.com

        Brian T. Maye (*Pro Hac Vice* Application Pending)
        bmaye@amm-law.com
        ADLER MURPHY & McMQUILLEN LLP
        20 S. Clark, Suite 2500
        Chicago, Illinois  60603
        Phone: (312) 422-5713
        Of Attorneys for Defendant Frontier Airlines, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2013, the foregoing FED. R. CIV.P. 26(a)(1) DISCOVERY AGREEMENT was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

MILLER & ASSOCIATES

By s/ Stuart W. Smith
Stuart W. Smith, OSB No. 044209
Of Attorney for Frontier Airlines, Inc.