2.12.13
local counsel - Bansal
pro hac - DL Bans - OK

RECVD 12 FEB '13 11:19 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

RILEY POOR,

Plaintiff(s),

v.

FRONTIER AIRLINES, INC.

Defendant(s).

Civil Case No. 3:13-cv-00107-SI

APPLICATION FOR SPECIAL
ADMISSION — *PRO HAC VICE*

Attorney __BRIAN T. MAYE__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: Maye, Brian, T.
(Last Name) (First Name) (MI) (Suffix)
Firm or Business Affiliation: Alder Murphy & McQuillen LLP
Mailing Address: 20 South Clark Street, Suite 2500
City: Chicago   State: IL   Zip: 60603
Phone Number: (312) 345-0700   Fax Number: (312) 345-9860
Business E-mail Address: bmaye@amm-law.com

#509409

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Illinois 06/06/2006 #6288778
North Carolina 08/23/1997 #24399
District of Columbia 04/13/2000 #467288

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Eastern District of Michigan 04/09/2008
Northern District of Illinois 04/09/2008
Eastern District of Wisconsin 12/06/2011

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 5,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Frontier Air Lines, Inc.

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this __6th__ day of __February__, __2013__

(Signature of Pro Hac Counsel)

Brian T. Maye
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __8th__ day of __February__, __2013__

Stuart W. Smith for TE
OSB # 044209
(Signature of Local Counsel)

Name: __Miller__     __Timothy__     __E.__
   *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Oregon State Bar Number: __820910__
Firm or Business Affiliation: __Miller & Associates__
Mailing Address: __5005 SW Meadows Road, Suite 405__
City: __Lake Oswego__     State: __OR__     Zip: __97035__
Phone Number: __(503) 598-1966__     Business E-mail Address: __timmiller@millerandassociatesavn.com__

---

**COURT ACTION**

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this __15th__ day of __Feby__, __2013__

Judge

---

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Brian Timothy Maye

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on June 6, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, January 07, 2013.

*Carolyn Taft Grosboll*
Clerk