Timothy E. Miller, OSB No. 820910  
Stuart W. Smith, OSB No. 044209  
Miller & Associates  
5005 SW Meadows Road, Suite 405  
Lake Oswego, OR  97035  
Phone: (503) 598-1966  
Fax:     (503) 598-9593  

Brian T. Maye (*Pro Hac Vice*)  
Adler Murphy & McQuillen LLP  
20 S. Clark Street, Suite 2500  
Chicago, Illinois 60603  
Phone: (312) 422-5713  
Fax:     (312) 345-9860  

Attorneys for Defendant  
Frontier Airlines, Inc.

**The Honorable Michael H. Simon**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| RILEY POOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:13-cv-00107-SI |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brian T. Maye of Adler Murphy & McQuillen LLP appears as counsel for Defendant Frontier Airlines, Inc. in this matter.  Please direct all subsequent pleadings and notices to the following.

Dated this 25th Day of February 2013

                                                  s/ Brian T. Maye  
                                                Brian T. Maye (*Pro Hac Vice*)  
                                                bmaye@amm-law.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 25th day of February 2013, he electronically filed the foregoing Notice of Appearance via the Court's ECF system. Service will be made by operation of that system upon counsel of record.

/s/ Brian T. Maye_____
Brian T. Maye (*Pro Hac Vice*)
One of the Attorneys for Defendant Frontier Airlines, Inc.