THE HONORABLE MICHAEL H. SIMON

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RILEY POOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRONTIER AIR LINES, Inc.,<br><br>    Defendant. | No. 3:13-cv-00107-SI<br><br>ORDER MODIFYING PRETRIAL DATES |

On the joint motion of the parties, and for good cause shown,

IT IS HEREBY ORDERED that the pretrial dates shall be modified as follows:

| Event | New Date |
|---|---|
| Fact Discovery Closes | September 28, 2013 |
| Plaintiff's Expert Disclosure Due | October 27, 2013 |
| Defendant's Expert Witness Disclosure and Reports Due | December 27, 2013 |
| Plaintiff's Rebuttal Expert Disclosure and Reports Due | January 27, 2014 |
| Joint Status Report Due | February 10, 2014 |
| Dispositive Motions Due | February 10, 2014 |

Date: _____, 2013

_____
The Honorable Michael H. Simon
United States District Court Judge

PAGE 1 – ORDER MODIFYING PRETRIAL DATES
:users:jim:documents:poor:order modifying pretrial dates.docx  5/22/13

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg • 735 S W First Ave , 2d Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2013, I served the attached proposed ORDER MODIFYING PRETRIAL DATES on:

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark, Suite 2500
Chicago, Illinois 60603

**Timothy E. Miller**
**Stuart W. Smith**
Miller & Associates
15005 S.W. Meadows Road, Suite 405
Lake Oswego, OR 97035

  by ___ having deposited in the United States Mail at Portland, Oregon a full, true and correct copy in a sealed envelope with postage prepaid, addressed as shown above, the last known address for the addressees listed;

  by ___ having hand delivered to the attorneys shown above a full, true, and correct copy of the original.

  by ✓ electronic filing.

       /s James F. Halley
       James F. Halley, OSB #91175

The foregoing is a true, correct and complete copy of the original.

       _____
       James F. Halley, OSB #91175

PAGE 2 – ORDER MODIFYING PRETRIAL DATES
:users:jim:documents:poor:order modifying pretrial dates.docx  5/22/13

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg • 735 S W First Ave, 2d Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com