James F. Halley, OSB 91175
JAMES F. HALLEY, P.C.
The Strowbridge Building
735 SW First Ave., 2nd Floor
Portland, OR 97204
503/295-0301; 503/228-6551 (fax)
jimhalley@halleylaw.com

Attorney for Plaintiff Riley Poor

The Honorable Michael H. Simon

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RILEY POOR,
    Plaintiff,
    vs.
FRONTIER AIR LINES, Inc. ,
    Defendant.

No. 3:13-cv-00107-SI

JOINT MOTION FOR PROTECTIVE ORDER

I. RULE 7-1(a)(I)(A) CERTIFICATION.

The parties have conferred pursuant to Rule 7-1(a)(I)(A) and join in this motion for a protective order.

II. FORM OF ORDER.

The parties agree to the entry of a protective order in the form submitted herewith for the purpose of controlling the disclosure of confidential documents produced in discovery.

Respectfully submitted May 23, 2013

| | |
|---|---|
| BRIAN T. MAYE | JAMES F. HALLEY, P.C. |
| /s/ Brian T. Maye | /s/ James F. Halley |
| Brian T. Maye (*Pro Hac Vice*) | James F. Halley, OSB #91-175 |
| Adler Murphy & McQuillen LLP | Trial Attorney for Plaintiff Riley Poor |
| Of Attorneys for Defendant Frontier Air Lines, Inc. | |

PAGE 1 - JOINT MOTION FOR PROTECTIVE ORDER
:users:jim:documents:poor:motion for protective order.docx  5/22/13

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg • 735 S W First Ave , 2d Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2013, I served the attached JOINT MOTION FOR PROTECTIVE ORDER on:

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark, Suite 2500
Chicago, Illinois 60603

**Timothy E. Miller**
**Stuart W. Smith**
Miller & Associates
15005 S.W. Meadows Road, Suite 405
Lake Oswego, OR 97035

  by ___ having deposited in the United States Mail at Portland, Oregon a full, true and correct copy in a sealed envelope with postage prepaid, addressed as shown above, the last known address for the addressees listed;

  by ___ having hand delivered to the attorneys shown above a full, true, and correct copy of the original.

  by ✓ electronic filing.

           /s James F. Halley
           James F. Halley, OSB #91175

The foregoing is a true, correct and complete copy of the original.

           _____
           James F. Halley, OSB #91175

PAGE 2 - JOINT MOTION FOR PROTECTIVE ORDER
:users:jim:documents:poor:motion for protective order.docx  5/22/13

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg • 735 S W First Ave , 2d Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com