James F. Halley, OSB 91175
JAMES F. HALLEY, P.C.
The Strowbridge Building
735 SW First Ave., 2nd Floor
Portland, OR 97204
503/295-0301; 503/228-6551 (fax)
jimhalley@halleylaw.com

Attorney for Plaintiff Riley Poor

**The Honorable Michael H. Simon**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RILEY POOR,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>FRONTIER AIR LINES, Inc.,<br><br>　　Defendant. | No. 3:13-cv-00107-SI<br><br>CONSENT TO BE BOUND BY PROTECTIVE ORDER |

　　I, _____, having been retained as a consultant and/or expert in the case listed above, hereby acknowledge that I have received and read a copy of the Agreed Protective Order entered by the court in the case, and I hereby agree to all of its terms, including but not limited to those listed in paragraphs 4 regarding disclosure of protected documents I may receive during the course of my work in this case and paragraph 5 regarding jurisdiction of the court.

　　Date: _____, 201__　　　　　_____

PAGE 1 – EX. A: CONSENT TO BE BOUND BY PROTECTIVE ORDER
　　:users:jim:documents:poor:protective order - exhibit a.docx  5/23/13

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg • 735 S W First Ave , 2d Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2013, I served the attached CONSENT TO BE BOUND BY PROTECTIVE ORDER on:

Brian T. Maye
ADLER MURPHY & McQUILLEN LLP
20 S. Clark, Suite 2500
Chicago, Illinois 60603

Timothy E. Miller
Stuart W. Smith
Miller & Associates
15005 S.W. Meadows Road, Suite 405
Lake Oswego, OR 97035

by ___ having deposited in the United States Mail at Portland, Oregon a full, true and correct copy in a sealed envelope with postage prepaid, addressed as shown above, the last known address for the addressees listed;

by ___ having hand delivered to the attorneys shown above a full, true, and correct copy of the original.

by ✓ electronic filing.

/s James F. Halley
James F. Halley, OSB #91175

The foregoing is a true, correct and complete copy of the original.

_____
James F. Halley, OSB #91175

PAGE 2 – EX. A: CONSENT TO BE BOUND BY PROTECTIVE ORDER
:users:jim:documents:poor:protective order - exhibit a.docx  5/23/13

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg • 735 S W First Ave , 2d Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com