James F. Halley, OSB 91175
JAMES F. HALLEY, P.C.
The Strowbridge Building
735 SW First Ave., 2nd Floor
Portland, OR 97204
503/295-0301; 503/228-6551 (fax)
jimhalley@halleylaw.com

Attorney for Plaintiff Riley Poor

The Honorable Michael H. Simon

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RILEY POOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRONTIER AIR LINES, Inc.,<br><br>    Defendant. | No. 3:13-cv-00107-SI<br><br>JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES |

I.  RULE 7-1(a)(I)(A) CERTIFICATION.

The parties have conferred pursuant to Rule 7-1(a)(I)(A) and join in the following motion for modification of the pretrial dates.

II.  MOTION FOR MODIFICATION OF PRETRIAL DATES.

The parties jointly move for a second modification of the pretrial dates as shown below.  The parties continue to exchange written discovery, and the plaintiff's deposition has been taken.  Additional written discovery has yet to be produced by both sides, and depositions of the defendant's agents are being scheduled.  The parties expect that the modification of dates outlined below will permit the efficient conclusion of document production and depositions, and for those reasons the parties ask that the court adjust the pretrial schedule as follows.

PAGE 1 - JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES
h:\poor, riley - 1157\motion for modification of pretrial dates2.docx  9/30/2013

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

| Event | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Closes | September 30, 2013 | November 29, 2013 |
| Plaintiff's Expert Disclosure Due | October 27, 2013 | December 6, 2013 |
| Defendant's Expert Witness Disclosure and Reports Due | December 27, 2013 | February 25, 2014 |
| Plaintiff's Rebuttal Expert Disclosure and Reports Due | January 27, 2014 | March 28, 2014 |
| Joint Status Report Due | February 10, 2014 | April 11, 2014 |
| Dispositive Motions Due | February 10, 2014 | April 11, 2014 |

Respectfully submitted September 30, 2013

BRIAN T. MAYE
/s/ Brian T. Maye
Brian T. Maye (*Pro Hac Vice*)
Adler Murphy & McQuillen LLP
Of Attorneys for Defendant Frontier Air Lines, Inc.

JAMES F. HALLEY, P.C.
/s/ James F. Halley
James F. Halley, OSB #91-175
Trial Attorney for Plaintiff Riley Poor

PAGE 2 - JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES
h:\poor, riley - 1157\motion for modification of pretrial dates2.docx  9/30/2013

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2013, I served the attached JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES on:

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark, Suite 2500
Chicago, Illinois 60603

**Timothy E. Miller**
**Stuart W. Smith**
Miller & Associates
15005 S.W. Meadows Road, Suite 405
Lake Oswego, OR 97035

by ___ having deposited in the United States Mail at Portland, Oregon a full, true and correct copy in a sealed envelope with postage prepaid, addressed as shown above, the last known address for the addressees listed;

by ___ having hand delivered to the attorneys shown above a full, true, and correct copy of the original.

by ✓ electronic filing.

/s James F. Halley
James F. Halley, OSB #91175

The foregoing is a true, correct and complete copy of the original.

_____
James F. Halley, OSB #91175

PAGE 3 - JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES
h:\poor, riley - 1157\motion for modification of pretrial dates2.docx  9/30/2013

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com