| | |
|---|---|
| James F. Halley OSB 91175<br>JAMES F. HALLEY, P.C.<br>The Strowbridge Building<br>735 SW First Ave., 2nd Floor<br>Portland, OR 97204<br>503-295-0301; 503-228-6551 (fax)<br>jimhalley@halleylaw.com | **THE HONORABLE MICHAEL H. SIMON** |

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON, PORTLAND DIVISION

| | | |
|---|---|---|
| RILEY POOR, | ) | Case No. 3:13-cv-00107-SI |
| | ) | |
| Plaintiff, | ) | **JOINT MOTION FOR MODIFICATION** |
| | ) | **OF PRETRIAL DATES** |
| vs. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### I.     RULE 7-1(a)(I)(a) CERTIFICATION

The parties have conferred pursuant to Rule 7-1(a)(I)(A) and join in the following motion for modification of the pretrial dates.

### II.     MOTION FOR MODIFICATION OF PRETRIAL DATES.

The parties jointly move for a modification of the pretrial dates as shown below. The parties have completed written discovery and Plaintiff's deposition, and they have scheduled the depositions of former Frontier employees John Brannon and Alaeldin Omer for February 5, 2014. The scheduling of the Brannon and Omer depositions was delayed by the extended period of time spent locating and contacting the two witnesses. While Mr. Omer currently resides in Salt Lake City, Utah, Frontier has arranged for him to travel to Portland, Oregon to appear for his deposition on February 5, 2014. Frontier has requested the deposition of Plaintiff's treating

Page  1 – JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES

physician, Dr. Jennifer Lawler.  The parties are in the process of arranging that deposition.  Once the above-referenced depositions have been completed, the parties anticipate engaging in settlement discussions either informally, through private mediation or utilizing a settlement judge.  Notwithstanding, the parties request a modification of the current scheduling order in order to complete fact discovery and posture this case for settlement discussions.  The parties expect that the modification of dates outlined below will permit the efficient conclusions of fact discovery, and for those reasons the parties ask that the court adjust the pretrial schedule as follows:

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
| --- | --- | --- |
| Fact Discovery Closes | 1/29/2014 | 3/31/2014 |
| Plaintiff's Expert Disclosure Due | 2/4/2014 | 4/2/2014 |
| Defendant's Federal Preemption Motion Due | 2/12/2014 | 4/14/2014 |
| Defendant's Expert Witness Disclosure and Reports Due | 4/26/2014 | 6/26/2014 |
| Plaintiff's Rebuttal Expert Disclosures and Reports Due | 5/28/2014 | 7/28/2014 |
| Joint Status Report Due | 6/10/2014 | 8/11/2014 |
| Dispositive Motions Due | 6/10/2014 | 8/11/2014 |

Respectfully submitted January 22, 2014.

| | |
| --- | --- |
| BRIAN T. MAYE | JAMES F. HALLEY. P.C. |
| /s/ Brian T. Maye | /s/ James F. Halley |
| Brian T. Maye *(Pro Hac Vice)* | James F. Halley, OSB #91-175 |
| Adler Murphy & McQuillen LLP | Attorneys for Plaintiff Riley Poor |

Attorneys for Defendant Frontier Air Lines, Inc.

Page  2 – JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2014, I served the attached JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES on:

Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark St, 2500
Chicago, IL 60603

Timothy E. Miller
Stuart W. Smith
Miller & Associates
5005 SW Meadows Road, Suite 405
Lake Oswego, OR  97035

      by  X   electronic filing.

                                          /s/  James F. Halley_____
                                          James F. Halley OSB 91175

The foregoing is a true, correct and complete copy of the original.

                                          /s/_____