James F. Halley, OSB 91175
JAMES F. HALLEY, P.C.
The Strowbridge Building
735 SW First Ave., 2nd Floor
Portland, OR 97204
503/295-0301; 503/228-6551 (fax)
jimhalley@halleylaw.com

Attorney for Plaintiff Riley Poor

The Honorable Michael H. Simon

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RILEY POOR,<br><br>    Plaintiff,<br><br>vs.<br><br>FRONTIER AIR LINES, Inc.,<br><br>    Defendant. | No. 3:13-cv-00107-SI<br><br>JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES |

## I.  RULE 7-1(a)(I)(A) CERTIFICATION.

The parties have conferred pursuant to Rule 7-1(a)(I)(A) and join in the following motion for modification of the pretrial dates.

## II.  MOTION FOR MODIFICATION OF PRETRIAL DATES.

The parties jointly move for a fourth modification of the pretrial dates as shown below.  The parties ask for a 90 day continuance of the current dates to allow completion of fact discovery and mediation.  Plaintiff is a tetraplegic and he alleges that he was injured when defendant's employees moved him from his seat on one of defendant's jets to an aisle chair.  The current status of discovery is as follows.  The parties have served and responded to requests for production of documents and interrogatories.  The defendant took plaintiff Riley Poor's deposition on August 23, 2013.

PAGE 1 - JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES

h:\poor, riley - 1157\motion for modification of pretrial dates4.docx  3/31/2014

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

Plaintiff took the deposition of two Frontier employees (Alaeldin Omer and John Brannon) on February 5, 2014.  Defendant Frontier served a subpoena on plaintiff's employer Nike, Nike has responded with some documents, Frontier has requested a supplemental response, and the two are in discussions about that supplemental response.  The parties have also requested supplemental discovery responses from each other.  Based on information obtained in the depositions of Omer and Brannon, plaintiff intends to take the deposition of the first officer of the plane plaintiff rode when hurt, and of a representative of the company at the airport that provides wheelchair assistance.  Defendant Frontier subpoenaed Katrina Beekman (plaintiff's companion at the time of the events giving rise to the complaint) for a deposition to be held on March 18, but Ms. Beekman has not been responsive to that subpoena.  The parties scheduled the deposition of plaintiff Poor's treating physician Jennifer Lawlor, M.D. for the same day so that defendant's counsel would have to make only one trip to Portland from Chicago for the Beekman and Lawlor depositions, but Dr. Lawlor's deposition was taken off calendar when difficulties with Ms. Beekman's deposition arose.

      The parties have agreed to mediate the case, and are working on selecting a mediator.

      The parties expect that the modification of dates outlined below will permit the efficient conclusion of document production and depositions, and for those reasons they ask that the court adjust the pretrial schedule as follows.

///
///
///
///
///
///
///

PAGE 2 - JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES

h:\poor, riley - 1157\motion for modification of pretrial dates4.docx   3/31/2014

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

| Event | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Closes | March 31, 2014 | June 30, 2014 |
| Plaintiff's Expert Disclosure Due | April 2, 2014 | July 1, 2014 |
| Defendant's Motion for Federal Preemption Due | April 14, 2014 | July 14, 2014 |
| Defendant's Expert Witness Disclosure and Reports Due | June 26, 2014 | September 24, 2014 |
| Plaintiff's Rebuttal Expert Disclosure and Reports Due | July 28, 2014 | October 27, 2014 |
| Joint Status Report Due | August 11, 2014 | November 9, 2014 |
| Dispositive Motions Due | August 11, 2014 | November 9, 2014 |

Respectfully submitted March 31, 2014

BRIAN T. MAYE
/s/ Brian T. Maye
Brian T. Maye (*Pro Hac Vice*)
Adler Murphy & McQuillen LLP
Of Attorneys for Defendant Frontier Air Lines, Inc.

JAMES F. HALLEY, P.C.
/s/ James F. Halley
James F. Halley, OSB #91-175
Trial Attorney for Plaintiff Riley Poor

PAGE 3 - JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES
h:\poor, riley - 1157\motion for modification of pretrial dates4.docx  3/31/2014

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2014, I served the attached JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES on:

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark, Suite 2500
Chicago, Illinois 60603

**Timothy E. Miller**
**Stuart W. Smith**
Miller & Associates
15005 S.W. Meadows Road, Suite 405
Lake Oswego, OR 97035

  by ___ having deposited in the United States Mail at Portland, Oregon a full, true and correct copy in a sealed envelope with postage prepaid, addressed as shown above, the last known address for the addressees listed;

  by ___ having hand delivered to the attorneys shown above a full, true, and correct copy of the original.

  by ✓ electronic filing.

           /s James F. Halley_____
           James F. Halley, OSB #91175

The foregoing is a true, correct and complete copy of the original.

           _____
           James F. Halley, OSB #91175

PAGE 4 - JOINT MOTION FOR MODIFICATION OF PRETRIAL DATES
h:\poor, riley - 1157\motion for modification of pretrial dates4.docx  3/31/2014

James F. Halley, P.C.
Attorney At Law
The Strowbridge Bldg. • 735 S.W. First Ave., 2d. Floor
Portland, OR 97204-3326
Tel: (503) 295-0301 Fax: (503) 228-6551
jimhalley@halleylaw.com